IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JUDY ANN JEAN KEETER,
ROBERT L KEEFER, AND
ESTHER BIEN AIME,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellants,

CASE NO. 1D16-1957

v.

GMAC MORTGAGE, LLC,

Appellee.

_____/

Opinion filed April 11, 2017.

An appeal from the Circuit Court for Duval County.
Karen K. Cole, Judge.

Judy Ann Jean Keeter, Appellant, pro se.

Maikel N. Eskander, and Brandon T. White, Locke Lord LLP, West Palm Beach,
for Appellee.

PER CURIAM.

        AFFIRMED.

B.L. THOMAS, OSTERHAUS, and BILBREY, JJ., CONCUR.